IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Plaintiff,                          No. CIV S-10-0087 EFB P

    vs.

KATHLEEN L. DICKINSON,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner without counsel.  He commenced this action by filing a petition for writ of habeas corpus, as well as an application to proceed in forma pauperis.  Dckt. Nos. 1, 2.  On April 12, 2010, the court granted plaintiff's application to proceed in forma pauperis, and directed plaintiff to file either an amended habeas petition or a civil rights complaint pursuant to 42 U.S.C. § 1983.  Dckt. No. 5.  On July 27, 2010, plaintiff filed a civil rights complaint pursuant to § 1983.  Dckt. No. 8.  Upon further review of the docket, the court finds that plaintiff's initial application to proceed in forma pauperis was incomplete, and that the order granting plaintiff leave to proceed in forma pauperis must therefore be vacated.

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent)

1

1  for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,
2  obtained from the appropriate official of each prison at which the prisoner is or was confined."
3  Plaintiff has not submitted a certified copy of his trust account statement or the institutional
4  equivalent.  He may comply with this requirement by having prison officials complete the
5  "Certificate" portion of the form application for leave to proceed *in forma pauperis*.
6       Accordingly, it is hereby ORDERED that:
7       1.  The portion of the April 12, 2010 order granting plaintiff's motion to proceed in forma
8  pauperis, is vacated.
9       2.  The Clerk of the Court is to re-designate this action as one brought pursuant to
10 42 U.S.C. § 1983.
11      3.  The Clerk of the Court shall also provide plaintiff with a copy of the in forma
12 pauperis application used by this court.
13      4.  Within thirty days of the date of this order, plaintiff shall submit, a fully completed in
14 forma pauperis application.
15      5.  Plaintiff's failure to comply with this order will result in dismissal of this action.
16 DATED: December 8, 2010.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE